UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES WELFARE
FUND, et al.,

        Plaintiff(s),                    No. C 09-0466 PJH

    v.                               **ORDER ADOPTING**
                                      **MAGISTRATE JUDGE'S REPORT**
CROWN CHEVROLET,            **AND RECOMMENDATION**

        Defendant(s).
_____/

       The court has reviewed Magistrate Judge Brazil's Report and Recommendation Re: plaintiff's motion for default judgment.  No objections have been filed.  The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, plaintiff's motion for default judgment is GRANTED.  However, in accordance with the Report, the court DENIES plaintiff's request for an order reserving its right to an audit at some unspecified date in the future; DENIES plaintiff's request to leave the litigation pending or to retain jurisdiction for some unspecified period of time; and DENIES plaintiff's request to enjoin defendant from violating the collective bargaining agreement as moot.  The other relief sought by plaintiff is awarded in the separately filed judgment.

       IT IS SO ORDERED.

Dated:  December 1, 2009

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge