UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES WELFARE
FUND, et al.,

        Plaintiff(s),

   v.

CROWN CHEVROLET,

        Defendant(s).
_____/

No. C 09-0466 PJH

**REFERRAL TO MAGISTRATE JUDGE**

    Judgment having been entered on December 1, 2009, and at the request of plaintiffs, this matter is referred for random assignment of a magistrate judge to preside over a judgment debtor exam and to handle all further post-judgment matters that may arise.

    IT IS SO ORDERED.

Dated: December 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge