UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES WELFARE
FUND, et al.,

    Plaintiff(s),

    v.

CROWN CHEVROLET,

    Defendant(s).
_____/

No. C 09-0466 PJH

**JUDGMENT**

This action having been duly heard and the court having granted plaintiffs' motion for default judgment

it is Ordered and Adjudged

that plaintiffs recover from defendant the following:

1. $96,849.00 for contributions due and owing as of February 2, 2009,
2. $19, 371.80 as liquidated damages for unpaid contributions as of February 2, 2009,
3. $6,977.39 in interest through September 9, 2009, and
4. $1,325.00 for attorney's fees and costs incurred, for a **total of $124,523.19.**

IT IS SO ORDERED.

Dated: December 1, 2009

                                  _____
                                  PHYLLIS J. HAMILTON
                                  United States District Judge